IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

JONATHAN MATTIX,                    §
INDIVIDUALLY AND AS                 §
INDEPENDENT ADMINISTRATOR           §
OF, AND ON BEHALF OF, THE           §
ESTATE OF GEORGIA KAY               §
BALDWIN AND GEORGIA KAY             §
BALDWIN'S HEIRS                     §
AT LAW, ET AL.,                     §
                                    §
                Plaintiffs,         §
                                    §
v.                                  §      Civil No. 4:23-CV-635-Y
                                    §
TARRANT COUNTY, TEXAS,              §
                                    §
                Defendant.          §

ORDER GRANTING MOTION TO WITHDRAW

Angelika Anderson filed an unopposed motion to withdraw as counsel for Plaintiffs. (Mot., doc. 36). After review, the Court GRANTS the motion.

The Court DIRECTS the clerk of Court to remove Ms. Anderson as an attorney of record for Plaintiffs on the docket sheet.

SIGNED May 2, 2024.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE